THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>TERESA KAY LEWIS and DARRIN LEE BOWMAN,<br><br>                Defendants. | No.: C08-1300RAJ<br><br>DECLARATION OF TONI Y. ANDERS IN SUPPORT OF PETITION FOR ATTORNEY FEES AND COSTS<br><br>**NOTED: March 6, 2009** |

I, Toni Y. Anders, declare:

1.      I am the attorney representing The Hartford Life and Accident Insurance Company in the above-captioned matter. I am over the age of eighteen and make this declaration based on my personal knowledge.

2.      I graduated from Seattle University School of Law in December 2000 and was admitted to the Washington bar in June 2001. My hourly rate for this case was $225.00. I have been in private practice for more than seven years, with a practice that includes insurance coverage and defense, commercial litigation, employment, and ERISA matters. Effective January 1, 2009, I was promoted to shareholder. However, we continued to bill on this file at my 2008, associate rate. Shareholder, Katherine Somervell billed less than an

DECLARATION OF TONI Y. ANDERS IN SUPPORT OF PETITION
FOR ATTORNEY FEES AND COSTS
No.: C08-1300RAJ

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1 | hour on this file at $260 per hour.

2 |     4.    Hartford incurred $5,049 in fees and $611.62 in costs to prosecute and prevail

3 | in this matter.

4 |     5.    The attorney fees of $5,049 are those associated with preparing the motion for

5 | interpleader, the complaint, this fee petition, supporting declarations, and correspondence

6 | between the Hartford and its counsel.  Fees include efforts to locate and serve Defendant

7 | Darrin Bowman, who was incarcerated when Hartford filed its complaint. Attached at pages

8 | 4-27 are true and correct copies of a memorandum documenting a telephone call between me

9 | and Elaine Bowman; letters and email messages between my office and the defendants or

10 | their counsel; and the Affidavit of Service on Defendant Bowman.

11 |     6.    The costs of $611.62 include the $350 filing fee and $220 for service.

12 | Attached at pages 28-29 are true and correct copies of the filing fee receipt and the process

13 | service invoice related to Defendant Bowman.

14 |     7.    Attached at pages 32-39 is a true and correct copy of a recap of costs and fees

15 | incurred by Hartford to prevail in this matter.  This recap of costs was created by Bullivant

16 | Houser Bailey's billing department as a business record and is kept in the normal course of

17 | business.

18 |     I declare under penalty of perjury under the laws of the United States of America that

19 | the foregoing is true and correct.

20 |     EXECUTED at Seattle, Washington, this 26th day of February, 2009.

21 |

22 | /s/ Toni Y. Anders

    Toni Y. Anders

23 |

24 |

25 |

26 |

DECLARATION OF TONI Y. ANDERS IN SUPPORT OF PETITION    Page 2    **Bullivant|Houser|Bailey PC**
FOR ATTORNEY FEES AND COSTS    1601 Fifth Avenue, Suite 2300
No.: C08-1300RAJ    Seattle, Washington 98101-1618
    Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2009, I electronically filed the foregoing, Declaration of Toni Y. Anders in Support of Petition for Fees and Costs with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Tatyana A. Gidirimski
Short Cressman & Burgess PLLC
999 Third Avenue, Suite 3000
Seattle, WA  98104-4088

Alan K. Foe
Carrie A. Ivy
Mullavey, Prout, Grenley & Foe LLP
PO Box 70567
Seattle, WA  98107

_____
Kim Fergin

10897555.1

DECLARATION OF TONI Y. ANDERS IN SUPPORT OF PETITION
FOR ATTORNEY FEES AND COSTS
No.: C08-1300RAJ

Page 3

# ⅢB Bullivant|Houser|Bailey PC

Seattle Office

# MEMORANDUM

**To:**       Toni Y. Anders

**cc:**       File

**From:**     Toni Y. Anders

**Date:**     December 29, 2008

**Re:**       *The Hartford Life and Accident Ins. Co. v. Lewis, et al.*
             *USDC Case No. C08-1300RAJ*

**Subject:**  122908 Call from Elaine Bowman

---

Elaine Bowman called for several reasons.

First, she wanted a referral for a probate attorney. Family law attorney, Laura Sell, told Elaine that she needed a probate attorney instead of a family law attorney. I gave Elaine the name and telephone number for Barbara Wechsler of Seattle.

Next, Elaine wanted another extension for filing Darrin's Answer to Hartford's complaint. I told her that Hartford has no problem giving him more time, but the motion to interplead funds is scheduled for January 2, and we will keep that date. Therefore, his response to the motion, if he intends to file one, will be due today. I told Elaine that we haven't gotten a response from Teresa yet, but she has until midnight to file it. I also reminded Elaine that Teresa has a cross-claim against Darrin, and she'll need to communicate with Teresa's attorney regarding getting an extension.

Third, Elaine requested a copy of the community property agreement. She also wanted to know if there is a place where she can see the document online. I told her that the agreement may be recorded in the county where the deceased and Teresa lived. She could check with the recorder's office or the auditor, but she would probably have to request a copy in person. I will send her a copy of the document we received from Teresa.

TYA
10957463.1

4

**⊞ Bullivant | Houser | Bailey** PC

Attorneys at Law

Toni Y. Anders
Direct Dial: (206) 521-6458
E-mail: toni.anders@bullivant.com

December 29, 2008

Darrin Bowman
c/o Elaine Bowman
12403 13th Pl. SW
Seattle, WA  98146

Re:     *The Hartford Life and Accident Ins. Co. v. Lewis, et al.*
        USDC Case No. C08-1300RAJ

Dear Darrin and Elaine:

Pursuant to your request, enclosed is a copy of the Property Agreement between Chester O. Bowman, Jr. and Teresa Kay Lewis.

Sincerely,

Kimberly A. Fergin
Secretary to Toni Y. Anders

Enclosure

10958296.1

1601 Fifth Avenue, Suite 2300, Seattle, WA 98101-1618  •  206.292.8930  Fax 206.386.5130

www.bullivant.com  |  Seattle  Vancouver  Portland  Sacramento  San Francisco  Las Vegas

CONFORMED COPY

**20071004001892**

REED LONGYEAR  AFF       43.00
PAGE001 OF 004
10/04/2007 15:11
KING COUNTY, WA

### AFFIDAVIT OF AGREEMENT
### REGARDING STATUS OF PROPERTY

STATE OF WASHINGTON )
                                      )ss.
COUNTY OF                    )

COMES NOW Teresa Kay Lewis, being first duly sworn, on oath, and deposes and says:

1.      I am the surviving spouse of Chester O. Bowman, Jr. (the "Decedent"), who died at Seattle, Washington, on May 10, 2007.

2.      On March 14, 1995, the Decedent and I created and provided for the disposition of all of our community property under that certain Agreement Regarding Status of Property, previously unrecorded, and attached hereto and by this reference fully incorporated as though stated herein.  The original of this document is being recorded contemporaneously with this Affidavit.

3.      There are no unpaid creditors of the Decedent or of our former marital community, nor are there unpaid funeral expenses or expenses of last illness.

4.      The value of the Decedent's undivided interest in community property as of the date of death, including all real and personal property, was approximately $650,000. The decedent had no separate property.

**AFFIDAVIT OF**
**AGREEMENT RE STATUS OF PROPERTY**
Page 1 of 3

LAW OFFICES OF
REED, LONGYEAR, MALNATI
AHRENS & WEST, PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271

HARTFORD CLAIM FILE 045

5.    Under the terms of the Agreement Regarding Status of Property, title to all real property of the community vests immediately in the survivor upon the death of either party.  Among other items of community property was the following-described real estate, located at 13337 NE 20th, Seattle, Washington, King County Tax Assessor's No. 1133000581, legally described as follows:

> That portion of the Northwest quarter of the Southwest quarter of Section 21, Township 26 North, Range 4 East W.M., described as follows:

> Beginning at the intersection of the South Line of Northeast 135th Street with the West line of 20th Avenue Northeast;
> THENCE South 00°10'38" along said West Line 188.84 feet to the True Point of Beginning;
> THENCE continuing South 00°10'38" East on said West Line 55.00 feet;
> THENCE West 193.93 feet;
> THENCE North 55.00 feet;
> THENCE East 193.82 feet to the True Point of Beginning;

> (BEING KNOWN AS the North 65 feet of Lot(s) 14, Block 6, BROCKMAN'S ADDITION, according to the unrecorded plat thereof);

> SITUATE in the City of Seattle, County of King, State of Washington.

6.    Any estate taxes, both state and federal, as are required have been paid and releases and closing letters obtained.

Signed and dated at Seattle, Washington, this _5_ day of _September_, 2007.

_Teresa Kay Lewis_
Teresa Kay Lewis, Surviving Spouse

**AFFIDAVIT OF**
**AGREEMENT RE STATUS OF PROPERTY**
Page 2 of 3

LAW OFFICES OF
REED, LONGYEAR, MALNATI
AHRENS & WEST, PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271

HARTFORD CLAIM FILE 046

1  STATE OF WASHINGTON )

2                      )      ss.
   COUNTY OF KING       )

3

4      I certify that I know or have satisfactory evidence that TERESA K. LEWIS is the person who appeared before me, and said person acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act for the uses and purposes mentioned in this instrument.

5

6      DATED this 5th day of September, 2007.

7

8      _Barbara A West_
       Printed Name:
9      _Barbara A. West_
       NOTARY PUBLIC in and for the State of Washington
10     Residing at _Seattle_
       My commission expires _2/1/2009_

11
                BARBARA A. WEST
12              NOTARY PUBLIC
                STATE OF WASHINGTON
13              COMMISSION EXPIRES
                FEBRUARY 1, 2009

14

15

16

17

18

19

20

21

22

23  AFFIDAVIT OF
24  AGREEMENT RE STATUS OF PROPERTY
    Page 3 of 3

LAW OFFICES OF
REED, LONGYEAR, MALNATI
AHRENS & WEST, PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271

**HARTFORD CLAIM FILE 047**

**200710004001894**

REED LONGYEAR   CPA          42.00
PAGE001 OF 003
10/04/2007 15:11
KING COUNTY, WA

## AGREEMENT REGARDING STATUS OF PROPERTY

THIS INSTRUMENT evidences the agreement entered into on the *14th* day of March 1995, between **CHESTER O. BOWMAN, JR.** and **TERESA K. LEWIS**.

A.  **Recitals**.  The parties are husband and wife and residents of the State of Washington.  They desire to enter into an agreement as to the status of their property.

B.  **Status of Property**.  All property of whatever nature or description, whether real, personal, or mixed, and wherever located, now owned or hereafter acquired by the parties or either of them, shall be considered and hereby is declared to be community property.

C.  **Disposition of Property**.  Upon the death of one of the parties survived by the other party, all interest of the deceased party in such of the then existing (community) property, real and personal, of the parties as would otherwise be subject to disposition under the laws of intestate succession or the deceased party's last Will shall rest in and become the sole property of the surviving party in fee simple.

D.  **Independent Counsel**.  Each party recognizes that he or she has a right to be represented by independent counsel in arriving at this agreement and hereby waives said right and states that each has had an adequate, fair, and full disclosure of all assets now owned and the value of each involved in this agreement.

E.  **Termination**.  This Agreement may be terminated upon mutual agreement of the parties in writing.  In the absence of other evidence indicating the parties' intent to terminate this agreement, it shall, nevertheless, be deemed mutually terminated and of no further force or effect upon the occurrence of one or more of the following events:

**☗☗☗ Bullivant|Houser|Bailey** PC

Attorneys at Law

TONI Y. ANDERS
Direct Dial: (206) 521-6458
E-mail: toni.anders@bullivant.com

December 5, 2008

Darrin Bowman #974596 CB11U
Coyote Ridge Correction Center
P.O. Box 769
Connell, WA 99326

     Re:    *The Hartford Life and Accident Ins. Co. v. Lewis, et al.*
            USDC Case No. C08-1300RAJ

Dear Darrin:

     Thank you for appearing in this matter. We filed your notice with the Court and notified the Court of your request that documents in this matter be served on Elaine.

     Enclosed for your records are (1) the Minute Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement and (2) Teresa Lewis's Answer, Counterclaim, and Cross-Claim. You will see that Ms. Lewis has filed a cross-claim against you. You will need to file an answer to Hartford's complaint, which was served on you with the summons, and a separate answer to Ms. Lewis' cross-claim. I understand that you are not represented by an attorney and are a stranger to this process. Therefore, Hartford will work with you as much as possible regarding scheduling. However, in federal court, deadlines are very important. Please file your answer to Hartford's complaint by December 21, 2008. We will represent to the Court that Hartford agrees with this date.

     Finally, Elaine asked for my recommendation of a lawyer to assist her and you in this matter, particularly with Ms. Lewis's cross-claim. I gave Elaine the following information:

            Laura Sell
            Ferguson Sell, PLLC
            1424 4th Ave Ste 311
            Seattle, WA 98101-2297

I hope you find this information helpful. Feel free to call me if you have questions.

Darrin Bowman #974596 CB11U
December 5, 2008
Page 2

Sincerely,

Toni Y. Anders

TYA
Enclosures
cc:    Elaine Bowman

10935263.1

**ⒷⒽⒷ Bullivant | Houser | Bailey** PC

Attorneys at Law

TONI Y. ANDERS
Direct Dial: (206) 521-6458
E-mail: toni.anders@bullivant.com

December 5, 2008

Elaine Bowman
12403 -13th Pl. SW
Seattle, WA 98146

      Re:   *The Hartford Life and Accident Ins. Co. v. Lewis, et al.*
           USDC Case No. C08-1300RAJ

Dear Elaine:

    Thank you for speaking with me regarding the above-referenced matter, and Darrin's involvement in it. Darrin filed his Notice of Appearance, and asked that we communicate with you regarding this lawsuit and provide you with documents.

    Enclosed for your records are (1) Hartford's Complaint for Interpleader; (2) the Minute Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement; and (3) Teresa Lewis's Answer, Counterclaim, and Cross-Claim. You will see that Ms. Lewis filed a cross-claim against Darrin. Darrin needs to answer Hartford's complaint and, separately, answer Ms. Lewis' cross-claim. In a separate letter to Darrin, Hartford extended the deadline for filing his answer to Hartford's complaint until December 21, 2008.

    If you have any questions regarding the enclosed documents, please let me know.

                    Sincerely,

                    Toni Y. Anders

TYA
Enclosures
cc:   Darrin Bowman

10935330.1

12

**𝕭𝕳𝕭 Bullivant|Houser|Bailey** PC

Attorneys at Law

TONI Y. ANDERS
Direct Dial: (206) 521-6458
E-mail: toni.anders@bullivant.com

October 15, 2008

Barbara A. West
Short Cressman & Burgess, PLLC
999 Third Ave., Ste. 3000
Seattle, WA 98104-4088

      Re:   Policyholder: Waterfront Federal Credit Union
             Insured: Chester O. Bowman, Jr.
             Policy No.: ADD-12992
             *The Hartford Life and Accident Insurance Company v. Lewis, et al.*
             Claim No.: 48-96299

Dear Ms. West:

    We have been hired by The Hartford Life and Accident Insurance Company to assist it in filing an interpleader action, asking a court to allow it to deposit the $126,250 in proceeds of its AD&D policy into the court registry. Please let us know if you will accept service on behalf of Teresa K. Lewis. If so, please sign and return the enclosed Acceptance of Service form by Friday, October 24, 2008.

                           Sincerely,

                           Toni Y. Anders

TYA
Enclosures

10841633.1

13

**Anders, Toni**

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 8:53 AM |
| **To:** | 'tgidirimski@scblaw.com' |
| **Subject:** | Hartford v. Lewis |
| **Attachments:** | Bowman - JSR.DOC |

Tatyana,

I left you a message last week, I think, about our joint status report that's due today.  Attached is the draft joint status report and discovery plan for your review and comment.  Feel free to revise it and track the changes so we can compare notes.  Call me if you want to discuss it.

**Toni Y. Anders** | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

14

**Anders, Toni**

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 2:24 PM |
| **To:** | 'tgidirimski@scblaw.com' |
| **Subject:** | FW: Minute Order |
| **Attachments:** | Hartford v. Lewis.PDF |

Tatyana:

Here's the minute order.  It came in on 10/22, and you appeared on 10/30.  I apologize for not catching that and getting it to you.


**Toni Y. Anders** | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group


---

**From:** Anders, Toni
**Sent:** Friday, December 05, 2008 2:22 PM
**To:** Anders, Toni
**Subject:** Minute Order

15

**Anders, Toni**

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 2:38 PM |
| **To:** | 'Tatyana Gidirimski' |
| **Subject:** | RE: Hartford v. Lewis |
| **Attachments:** | Bowman - JSR.DOC |

Tatyana, take a look at this revised version and let me know what you think. I didn't have my track changes tab selected; I apologize. On page 1, take a look at the first paragraph. I kept the sent that "Hartford is unable to determine. . ." and added a sentence that "Lewis believes Hartford can make the determination. . ." Also, I've spoken with Darrin, and he definitely thinks he is entitled to the proceeds. So, I left that in there, but I did change the part where I said he made a claim. Technically, he is now making a claim, but I changed it as you suggested. Everything else is as you suggested.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

**From:** Tatyana Gidirimski [mailto:tgidirimski@scblaw.com]
**Sent:** Friday, December 05, 2008 2:24 PM
**To:** Anders, Toni
**Subject:** RE: Hartford v. Lewis

Toni: here you go. The main change has to do with the fact that we are not aware of Darrin ever making a claim on the policy, so we need to specify that it is Hartford's allegation.

-Tatyana.

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

-----Original Message-----
**From:** Anders, Toni [mailto:toni.anders@bullivant.com]
**Sent:** Friday, December 05, 2008 8:53 AM
**To:** Tatyana Gidirimski
**Subject:** Hartford v. Lewis

Tatyana,

16

I left you a message last week, I think, about our joint status report that's due today. Attached is the draft joint status report and discovery plan for your review and comment. Feel free to revise it and track the changes so we can compare notes. Call me if you want to discuss it.

**Toni Y. Anders** | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

mail.bullivant.com made the following annotations
-----------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
***********************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
-----------------------------------------------------------------

17

**Anders, Toni**

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 2:44 PM |
| **To:** | 'Tatyana Gidirimski' |
| **Subject:** | Darrin Bowman |

I neglected to mention that I agreed to extend the time for Darrin to answer the complaint to Dec. 21. I intended to add that to the JSR after the part where I say he appeared, but hasn't answered.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

5

**Anders, Toni**

---

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 3:09 PM |
| **To:** | 'Tatyana Gidirimski' |
| **Subject:** | RE: Darrin Bowman |
| **Attachments:** | Bowman - JSR.DOC |

Thanks.  Here's the second revision.  If it all looks fine, let me know if it's okay for us to sign it and send file it.

**Toni Y. Anders** | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

---

**From:** Tatyana Gidirimski [mailto:tgidirimski@scblaw.com]
**Sent:** Friday, December 05, 2008 2:46 PM
**To:** Anders, Toni
**Subject:** RE: Darrin Bowman

That's fine.

---

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

        -----Original Message-----
        **From:** Anders, Toni [mailto:toni.anders@bullivant.com]
        **Sent:** Friday, December 05, 2008 2:44 PM
        **To:** Tatyana Gidirimski
        **Subject:** Darrin Bowman

        I neglected to mention that I agreed to extend the time for Darrin to answer the complaint to Dec. 21.  I
        intended to add that to the JSR after the part where I say he appeared, but hasn't answered.

        **Toni Y. Anders** | Attorney
        Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
        T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

19

Introducing Bullivant's <u>Arts, Entertainment and Sports Law Group</u>

mail.bullivant.com made the following annotations
----------------------------------------------------------------------

Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*******************************************************

This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
----------------------------------------------------------------------

**Anders, Toni**

| | |
|---|---|
| **From:** | Anders, Toni |
| **Sent:** | Friday, December 05, 2008 3:29 PM |
| **To:** | 'Tatyana Gidirimski' |
| **Subject:** | RE: Darrin Bowman |

Thanks.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

---

**From:** Tatyana Gidirimski [mailto:tgidirimski@scblaw.com]
**Sent:** Friday, December 05, 2008 3:28 PM
**To:** Anders, Toni
**Subject:** RE: Darrin Bowman

Ok, fine.

---

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

-----Original Message-----
**From:** Anders, Toni [mailto:toni.anders@bullivant.com]
**Sent:** Friday, December 05, 2008 3:09 PM
**To:** Tatyana Gidirimski
**Subject:** RE: Darrin Bowman

Thanks. Here's the second revision. If it all looks fine, let me know if it's okay for us to sign it and send file it.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

21

**From:** Tatyana Gidirimski [mailto:tgidirimski@scblaw.com]
**Sent:** Friday, December 05, 2008 2:46 PM
**To:** Anders, Toni
**Subject:** RE: Darrin Bowman

That's fine.

---

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

-----Original Message-----
**From:** Anders, Toni [mailto:toni.anders@bullivant.com]
**Sent:** Friday, December 05, 2008 2:44 PM
**To:** Tatyana Gidirimski
**Subject:** Darrin Bowman

I neglected to mention that I agreed to extend the time for Darrin to answer the complaint to Dec. 21. I
intended to add that to the JSR after the part where I say he appeared, but hasn't answered.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

mail.bullivant.com made the following annotations
------------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained
in this e-mail, including attachments, is not intended to be used by any person for the purpose of
avoiding any penalties that may be imposed by the Internal Revenue Service.
*********************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to
Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of
any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail
and destroy all copies of the original message.
------------------------------------------------------------------



mail.bullivant.com made the following annotations

--------------------------------------------------------------------

Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*******************************************************

This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.

--------------------------------------------------------------------

23

**Anders, Toni**

| | |
|---|---|
| **From:** | Tatyana Gidirimski [tgidirimski@scblaw.com] |
| **Sent:** | Friday, December 05, 2008 3:28 PM |
| **To:** | Anders, Toni |
| **Subject:** | RE: Darrin Bowman |

Ok, fine.

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

-----Original Message-----
**From:** Anders, Toni [mailto:toni.anders@bullivant.com]
**Sent:** Friday, December 05, 2008 3:09 PM
**To:** Tatyana Gidirimski
**Subject:** RE: Darrin Bowman

Thanks. Here's the second revision. If it all looks fine, let me know if it's okay for us to sign it and send file it.

Toni Y. Anders | Attorney
Bullivant Houser Bailey PC | 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

**From:** Tatyana Gidirimski [mailto:tgidirimski@scblaw.com]
**Sent:** Friday, December 05, 2008 2:46 PM
**To:** Anders, Toni
**Subject:** RE: Darrin Bowman

That's fine.

This mailbox protected from junk email by MailFrontier Desktop
from MailFrontier, Inc. http://info.mailfrontier.com

-----Original Message-----
**From:** Anders, Toni [mailto:toni.anders@bullivant.com]
**Sent:** Friday, December 05, 2008 2:44 PM

1

**To:** Tatyana Gidirimski
**Subject:** Darrin Bowman

I neglected to mention that I agreed to extend the time for Darrin to answer the complaint to Dec. 21. I intended to add that to the JSR after the part where I say he appeared, but hasn't answered.

**Toni Y. Anders** | Attorney
Bullivant Houser Bailey PC| 1601 Fifth Ave Suite 2300 | Seattle, WA 98101
T 206 521 6458 | F 206 386 5130 | Bio | Email | Website

Introducing Bullivant's Arts, Entertainment and Sports Law Group

mail.bullivant.com made the following annotations
--------------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*********************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
--------------------------------------------------------------------

mail.bullivant.com made the following annotations
--------------------------------------------------------------------
Please be advised that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended to be used by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
*********************************************************
This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Bullivant Houser Bailey, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited.
If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.
--------------------------------------------------------------------

25

08-CV-01300-AF

```
_____FILED  _____ENTERED
_____LODGED_____RECE     )
        JAN  6 2009    DJ
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT O. WASHINGTON
                          DEPUTY
```

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
# WESTERN District of WASHINGTON

Case Number: C08-1300RAJ

Plaintiff:
**THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**
vs.
Defendant:
**TERESA KAY LEWIS AND DARRIN LEE
BOWMAN**

Service Documents:
LETTER; ANSWER; COUNTERCLAIM AND
CROSS-CLAIM

For:
   ABC

Received by ABC to be served on **DARRIN LEE BOWMAN #974596, 1301 N EPHRATA, CONNELL, WA.**
I, _Wendy K. Button_ , being duly sworn, depose and say that on the _9th_ day of
_December_, 20_08_ at _4:15_ℓm., executed service by delivering a true copy of the **LETTER;
ANSWER; COUNTERCLAIM AND CROSS-CLAIM** in accordance with state statutes in the manner marked
below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: (  ) Yes  or  (  ) No   If yes, what branch? _____

Marital Status: (  ) Married  or  (  ) Single   Name of Spouse _____

COMMENTS: _____
_____
_____
_____

26

## AFFIDAVIT OF SERVICE for C08-1300RAJ

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Washington,
County of _Franklin_

Signed or attested before me on _December 09, 2008_

_Daniel J. Hilpert_
(Signature)
_Corrections Records Tech_
Title

My appointment
expires _RCW 64.08.090_

Subscribed and Sworn to before me on the _09th_
day of _December_ , _2008_ by the affiant
who is personally known to me.

_David J. Hilpert_
NOTARY PUBLIC

_Wendy K. Bitton_

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**ABC**
**633 Yesler Way**
**Seattle, WA  98104**
**(800) 314-9342**

Our Job Serial Number: 2008016349

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

27

```
Court Name: Dist. Court-Western Washingt
on
Division: 2
Receipt Number: SEA020104
Cashier ID: jsites
Transaction Date: 08/29/2008
Payer Name: Bullivant Houser Bailey PC
--------------------------------------
CIVIL FILING FEE
  For: Bullivant Houser Bailey PC
  Case/Party: D-WAW-2-08-CV-001300-001
  Amount:       $350.00
--------------------------------------
CREDIT CARD
  Amt Tendered:  $350.00
--------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:       $0.00


A fee of $45.00 will be charged for
any returned check.
```

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

28

**ABC** ▷ **LEGAL SERVICES**
www.abclegal.com

633 Yesler Way  Seattle, WA 98104  www.abclegal.com
206-521-9000    Fax: 206-625-9247

# PROCESS SERVICE INVOICE

| Bill To: | |
|---|---|
| **Bullivant, Houser -Seattle** | |
| **1601 5th Ave, #2300** | |
| **Seattle, WA 98101** | |
| Client Attn: Attn: Kelly Viren | |
| Order Attn: Kim Fergin | Fax:    206 386-5130 |
| Account #:  74580 | Phone: 206 292-8930 |

INVOICE #: **8048522**

DATE:        Nov 20 2008
BILL REF:   149/418

**AMOUNT DUE : $220.00**

| | |
|---|---|
| **CASE NAME:** | THE HARTFORD LIFE AND ACCIDENT  INSURANCE COMPANY vs. TERESA KAY LEWIS AND DARRIN LEE BOWMAN |
| **SERVEE:** | DARRIN LEE BOWMAN |
| **PERSON SERVED:** | Darrin Bowman |
| **SERVICE DATE:** | Nov 7 2008  1:00PM      **SERVED BY:** K. VanDyke Jr |
| **SERVICE ADDRESS:** | COYOTE RIDGE CORRECTIONS CENTER INMATE # 974596 1301 N EPHRATA CONNELL, WA 99326 |
| **DOCUMENTS SERVED:** | SUMMONS IN A CIVIL CASE; COMPLAINT IN INTERPLEADER |

**SERVICE HISTORY**

| | | |
|---|---|---|
| 10/28/2008 | Bad Address | in prison |
| 10/28/2008 | Bad Address | in prison |
| 10/27/2008 | Bad Address Indicated | 10/27/08 13:45 (B/A PRI) Per contact, Subject does not reside here he is in prison |
| 10/23/2008 | Bad Address Indicated | 10/22/08 17:32 (B/A PRI) Per white male non-resident approx. 45-55 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair  HOUSE SOLD 9 MONTHS AGO, S/O NOT THERE |
| 10/16/2008 | Work Order Received and Entered | |

**SERVICE NOTE**

10/22/2008 17:32: Per white male non-resident approx. 45-55 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair  HOUSE SOLD 9 MONTHS AGO, S/O NOT THERE
10/27/2008 13:45: Per contact, Subject does not reside here he is in prison

**BAD ADDRESS LIST**

16863 429TH AVE SE  NORTH BEND WA    98045
15918 76TH PL   KENMORE WA   98028
12015 102ND CT NE  KIRKLAND WA   98034

| SERVICE  PERFORMED | NOTE | RATE |
|---|---|---|
| Washington Service (Forwarded) | | 95.00 |
| Bad Address, Invalid Address or No Such Exists | KIRKLAND 98034 BA added by AubreeC at 10/28/08 | 30.00 |
| Bad Address, Invalid Address or No Such Exists | KENMORE 98028 BA added by AubreeC at 10/28/08 | 25.00 |
| Bad Address, Invalid Address or No Such Exists | KIRKLAND 98034 BA added by 15338 Users_Web.uld on 10/27/08 | 30.00 |
| Bad Address, Invalid Address or No Such Exists | NORTH BEND 98045 BA added by 35241 Users_Web.uld on 10/23/08 | 40.00 |
| | SUB TOTAL | 220.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **220.00** |

**INVESTIGATION STATUS:**

:

29

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

**O F F I C A L   P R O C E S S   S E R V E R   T O**
**U. S.  D E P T.  O F  J U S T I C E  A N D  U. S.  S T A T E  D E P T.**

# RETURN OF SERVICE

### IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF WESTERN

Case Number: C08-1300RAJ

Plaintiff:
**THE HARFORD LIFE AND ACCIDENT
INSURANCE COMPANY**
vs.
Defendant:
**TERESA KAY LEWIS AND DARRIN LEE
BOWMAN**

Service Documents:
SUMMONS IN A VICIL CASE; COMPLAINT IN
INTERPLEADER

For:
   ABC

Received by ABC to be served on **DARRIN LEE BOWMAN, 1301 N EPHRATA, INMATE #974596,
CONNELL, WA**. I, _Wady K. Bittin_____, do hereby affirm that on the _7th_ day of
_November_, 200_8_ at _1_:_pm_.m., executed service by delivering a true copy of the **SUMMONS IN A
VICIL CASE; COMPLAINT IN INTERPLEADER** in accordance with state statutes in the manner marked
below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____
_____
_____

ORIGINAL SENT

NOV 2 4 2008

FOR FILING

30

## RETURN OF SERVICE for C08-1300RAJ

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

**ABC**
**633 Yesler Way**
**Seattle, WA  98104**
**(800) 314-9342**

Our Job Serial Number: 2008014752

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

31

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 1 (1)

```
*-----MATTER DESCRIPTION-----*          *-----BILLING INSTRUCTIONS-----*
HARTFORD/BOWMAN/LEWIS                     ERATE/SELECT LIT
                                          DATACERT OK
ASSIST HARTFORD IN FILING& DEFENDING INTERPLEADER

*-----CLIENT INFORMATION-----*    --CLIENT NUMBER--   --ORIGINATING--      --BILLING--       --SUPERVISING--
HARTFORD INSURANCE GROUP               00149              0263 KSS           0263 KSS           0263 KSS
                                                        K SOMERVELL         K SOMERVELL        K SOMERVELL

*-----CLIENT ADDRESS-----*                        *-----MATTER ADDRESS-----*
THE HARTFORD                                       THE HARTFORD
THIS CLIENT REQUIRES MATTER LEVEL ADDRESS          KELLY FORTIER
PLEASE SEE MATTER PAGE ONE - BOTTOM OF PAGE        SUITE B1 E
                                                   200 HOPMEADOW ST.
                                                   SIMSBURY CT 06089
*-----MATTER INFORMATION-----*
PHONE:                                             PHONE: (860) 843-3161
REFERRED BY:                                       CONTACT: FORTIER, KELLY

STATUS:         OP          RATE:        1         TEMPLATE:             WA     MIN FEE:
DATE OPENED:  08/01/2008    DEPT:        40        TIME FORMAT:          6      MIN COST:
DATE CLOSED:                LOCATION:    1         COST FORMAT:          2      MIN TOTAL:
LAST RATE:    01/30/2007    PRACTICE:    4011      INTRST CODE:          1      FEE MARKUP:     %
HOLD FEES:                  FEE FREQ:    M         INT FREE DAY:                COST MARKUP:    %
HOLD COSTS:                 COST FREQ:   M         FIXED COSTS:          N      FIXED FEES:
TRUST RET ACCT: WEST1       TRUST RETAIN: M        ARRANGEMENT:          HR     CURRENCY:       DO .
                                                                               MAXIMUM BILLINGS:

EMPLOYMENT AND EMPLOYEE BENEFITS
D/LOSS:
INSURED: CHESTER O. BOWMAN, JR., DECEASED         CLAIMANT:
POLICY NO.: ADD-12992      CLAIM NO.: 555014780   FILE NO.:

Last Bill Date: 02/25/2009

*-----TIMEKEEPER-----*   -----TIME AND FEE SUMMARY-----*
                          RATE     HOURS     %       FEES      %
KATHERINE SOMERVELL      260.00      .90    4.0     234.00    4.6
TONI ANDERS             225.00     21.40   96.0    4815.00   95.4
                 TOTALS             22.30          5049.00

*-----TASK CODE-----*  -----TASK CODE SUMMARY-----*
                                                   HOURS         FEES
L110   FACT INVESTIGATION/DEVELOPMENT               3.40       772.00
L120   ANALYSIS/STRATEGY                            0.90       202.50
L210   PLEADINGS                                    9.70     2,207.00
L310   WRITTEN DISCOVERY                            0.20        45.00
L430   WRITTEN MOTIONS/SUBMISSIONS                  8.10     1,822.50
                                                  -------   ---------
                                SUBTOTAL           22.30    $5,049.00
                                ADJUSTMENTS                      0.00
                                                           ---------
```

32

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 2 (2)

```
                              TOTALS                    5,049.00



*------------COST CODE SUMMARY-------------*
*-------------COST CODE---------------------*         AMOUNT
01    DOCUMENT PRODUCTION                               33.90
02    LONG DISTANCE CHARGES                              0.72
42    OUTSIDE MESSENGER SERVICE                          7.00
52    FILING FEE                                       350.00
68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLA            0.00
69    SERVICE FEE                                      220.00

COST TOTAL                                             611.62

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

33

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 3 (3)

```
*------ TIME ENTRIES ------*
```

| DATE | TIMEKEEPER | TASK | ACTIVITY | DESCRIPTION | HOURS | AMOUNT | STAT | INDEX |
|------|------------|------|----------|-------------|-------|--------|------|-------|
| 07/24/08 | KATHERINE SOMERVELL | L110 | A106 | REVIEW AND RESPOND TO EMAILS FROM KELLY FORTIER RE NEW WASHINGTON INTERPLEADER (0.2); | 0.20 | 52.00 | B | 8176155 |
| 08/11/08 | TONI ANDERS | L110 | A104 | REVIEW CLAIM FILE, INCLUDING DEMAND LETTERS AND CASES CITED BY COUNSEL FOR LEWIS IN SUPPORT OF HER DEMAND FOR POLICY PROCEEDS IN PREPARATION FOR PREPARING INTERPLEADER; | 1.40 | 315.00 | B | 8196199 |
| 08/11/08 | TONI ANDERS | L210 | A103 | PREPARE COMPLAINT IN INTERPLEADER; | 2.40 | 540.00 | B | 8196201 |
| 08/16/08 | KATHERINE SOMERVELL | L210 | A103 | REVISE DRAFT INTERPLEADER COMPLAINT PREPARED BY ASSOCIATE - CONFIRM AND CLARIFY BASIS FOR FEDERAL COURT JURISDICTION (0.3); | 0.30 | 78.00 | B | 8195889 |
| 08/16/08 | KATHERINE SOMERVELL | L210 | A106 | PREPARE LETTER AND EMAIL TO CLIENT ACKNOWLEDGING RECEIPT OF FILE AND PROVIDING DRAFT INTERPLEADER COMPLAINT FOR REVIEW AND COMMENT (0.3); | 0.30 | 78.00 | B | 8195890 |
| 08/19/08 | TONI ANDERS | L210 | A101 | REVIEW AND CONSIDER EMAIL MESSAGE FROM CLIENT REGARDING BENEFIT AVAILABLE IN PREPARATION FOR FILING INTERPLEADER; | 0.10 | 22.50 | B | 8209038 |
| 08/25/08 | KATHERINE SOMERVELL | L210 | A106 | REVIEW AND RESPOND TO EMAIL FROM CLIENT APPROVING DRAFT COMPLAINT FOR FILING, CONFIRMING PROCEEDS AT ISSUE (0.1); | 0.10 | 26.00 | B | 8208819 |
| 08/26/08 | TONI ANDERS | L210 | A104 | READ EMAIL MESSAGE FROM CLIENT REGARDING POLICY LIMITS IN PREPARATION FOR FILING INTERPLEADER; | 0.00 | 0.00 | BNP | 8212000 |
| 10/09/08 | TONI ANDERS | L210 | A107 | LETTER TO ATTORNEY RODMAN REGARDING INTERPLEADER; | 0.10 | 22.50 | B | 8257832 |
| 10/09/08 | TONI ANDERS | L210 | A101 | REVIEW DOCUMENTS RELATED TO DEFENDANT DARRIN BOWMAN AND DEVELOP SERVICE STRATEGY; | 0.40 | 90.00 | B | 8257833 |
| 10/30/08 | TONI ANDERS | L210 | A104 | RECEIVE AND REVIEW ACCEPTANCE OF SERVICE FOR TERESA BOWMAN; | 0.10 | 22.50 | B | 8278771 |
| 10/30/08 | TONI ANDERS | L430 | A103 | PREPARE MOTION TO INTERPLEAD FUNDS; | 2.30 | 517.50 | B | 8280223 |
| 10/30/08 | TONI ANDERS | L430 | A103 | PREPARE DECLARATION IN SUPPORT OF INTERPLEADER AND ORDER, PETITION FOR FEES AND COSTS, DECLARATION FOR FEES AND | 1.60 | 360.00 | B | 8280224 |

34

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 4 (4)

| Date | Name | | | Description | Hours | Amount | | ID |
|---|---|---|---|---|---|---|---|---|
| | | | | COSTS, AND ORDER GRANTING FEES; | | | | |
| 10/31/08 | TONI ANDERS | L210 | A104 | RECEIVE AND REVIEW NOTICE OF APPEARANCE FOR DEFENDANT LEWIS; | 0.10 | 22.50 | B | 8280235 |
| 11/21/08 | TONI ANDERS | L210 | A103 | WORK ON JOINT STATUS REPORT AND DISCOVERY PLAN; | 0.50 | 112.50 | B | 8316351 |
| 11/24/08 | TONI ANDERS | L120 | A101 | ANALYZE STRATEGY AND RESPONSES TO OPPOSITION BY DEFENDANTS LEWIS AND BOWMAN IN PREPARATION FOR STATUS CONFERENCE, JOINT STATUS REPORT, AND INITIAL DISCLOSURES; | 0.40 | 90.00 | B | 8316364 |
| 11/24/08 | TONI ANDERS | L210 | A104 | REVIEW AND ANALYZE CLAIM FILED DOCUMENTS AND IDENTIFY DOCUMENTS TO SUPPORT INTERPLEADER IN PREPARATION FOR INITIAL DISCLOSURES; | 0.50 | 112.50 | B | 8316365 |
| 11/24/08 | TONI ANDERS | L210 | A103 | PREPARE INITIAL DISCLOSURES; | 0.80 | 180.00 | B | 8316366 |
| 11/26/08 | TONI ANDERS | L210 | A107 | SPEAK WITH COUNSEL SEELY AND DARRIN BOWMAN REGARDING INTERPLEADER ACTION; | 0.30 | 67.50 | B | 8316378 |
| 11/26/08 | TONI ANDERS | L110 | A107 | CALL TO ELAINE BOWMAN REGARDING INTERPLEADER ACTION; | 0.10 | 22.50 | B | 8316379 |
| 11/26/08 | TONI ANDERS | L210 | A107 | CALL TO ATTORNEY GIDIRIMSKI REGARDING JSR AND DISCOVERY PLAN; | 0.10 | 22.50 | B | 8316380 |
| 11/28/08 | TONI ANDERS | L110 | A108 | SPEAK WITH DARRIN BOWMAN'S MOTHER REGARDING INTERPLEADER; | 0.20 | 45.00 | B | 8316384 |
| 11/30/08 | TONI ANDERS | L210 | A103 | PREPARE ANSWER TO COUNTERCLAIM; | 1.10 | 247.50 | B | 8318818 |
| 11/30/08 | TONI ANDERS | L210 | A104 | REVIEW ANSWER AND COUNTERCLAIM OF LEWIS; | 0.20 | 45.00 | B | 8318819 |
| 12/01/08 | TONI ANDERS | L210 | A103 | COMPLETE DRAFT OF JOINT STATUS REPORT AND DISCOVERY PLAN; | 1.00 | 225.00 | B | 8322553 |
| 12/03/08 | TONI ANDERS | L110 | A108 | RETURN CALL TO DEFENDANT BOWMAN'S MOTHER REGARDING CASE, DARRIN'S ANSWER, AND CROSSCLAIM AGAINST DARRIN; | 0.50 | 112.50 | B | 8323897 |
| 12/05/08 | TONI ANDERS | L210 | A107 | EMAIL MESSAGE TO ATTORNEY GIDIRIMSKI REGARDING JOINT STATUS REPORT AND DISCOVERY PLAN; | 0.10 | 22.50 | B | 8323914 |
| 12/05/08 | TONI ANDERS | L210 | A107 | SPEAK WITH ATTORNEY GIDIRIMSKI REGARDING JOINT STATUS REPORT; | 0.10 | 22.50 | B | 8323916 |
| 12/05/08 | TONI ANDERS | L210 | A104 | REVIEW OPPOSING COUNSEL'S PROPOSED CHANGES TO JOINT STATUS REPORT; | 0.10 | 22.50 | B | 8323918 |

35

DATE: 02/25/09 09:41:38  RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418)  HARTFORD/BOWMAN/LEWIS  Page 5 (5)

| Date | Name | Task | Act | Description | Hours | Amount | | Number |
|------|------|------|-----|-------------|-------|--------|---|--------|
| 12/05/08 | TONI ANDERS | L210 | A103 | REVISE JOINT STATUS REPORT IN CONSIDERATION OF OPPOSING COUNSEL'S REVISIONS; | 0.20 | 45.00 | B | 8323919 |
| 12/05/08 | TONI ANDERS | L210 | A107 | EMAIL MESSAGE TO OPPOSING COUNSEL WITH REVISED JOINT STATUS REPORT AND EXPLANATION OF REVISIONS; | 0.10 | 22.50 | B | 8323921 |
| 12/05/08 | TONI ANDERS | L210 | A108 | LETTER TO DARRIN BOWMAN REGARDING PLEADINGS AND ANSWERING COMPLAINT; | 0.20 | 45.00 | B | 8323923 |
| 12/05/08 | TONI ANDERS | L210 | A108 | LETTER TO ELAINE BOWMAN REGARDING PLEADINGS AND DARRIN'S ANSWER TO COMPLAINT; | 0.10 | 22.50 | B | 8323925 |
| 12/08/08 | TONI ANDERS | L120 | A106 | REPORT LETTER TO CLIENT; | 0.30 | 67.50 | B | 8330228 |
| 12/08/08 | TONI ANDERS | L430 | A103 | REVISE MOTION TO INTERPLEAD FUNDS; | 0.20 | 45.00 | B | 8330229 |
| 12/08/08 | TONI ANDERS | L210 | A103 | REVISE ANSWER TO COUNTERCLAIM; | 0.20 | 45.00 | B | 8330230 |
| 12/09/08 | TONI ANDERS | L210 | A108 | CALL FROM ELAINE BOWMAN FOR DEFENDANT DARRIN BOWMAN REGARDING MINUTE ORDER AND LEWIS'S ANSWER; | 0.10 | 22.50 | B | 8332366 |
| 12/29/08 | TONI ANDERS | L110 | A108 | RECEIVE CALL FROM ELAINE BOWMAN REGARDING DARRIN'S ANSWER TO COMPLAINT AND CROSSCLAIM, AND HIS RESPONSE TO HARTFORD'S MOTION TO INTERPLEAD FUNDS (.6) AND PREPARE MEMO TO FILE REGARDING CONVERSATION (.1); | 0.70 | 157.50 | B | 8347636 |
| 12/30/08 | TONI ANDERS | L430 | A102 | READ AND ANALYZE 13 FEDERAL CASES RELATED TO ATTORNEY FEES, PREJUDGMENT INTEREST, AND DISCHARGE IN INTERPLEADER ACTIONS IN PREPARATION FOR REPLYING IN SUPPORT OF MOTION FOR INTERPLEADER; | 0.00 | 0.00 | BNP | 8348987 |
| 12/30/08 | TONI ANDERS | L430 | A104 | READ LEWIS'S RESPONSE TO MOTION FOR INTERPLEADER AND OUTLINE ISSUES; | 0.50 | 112.50 | B | 8348988 |
| 12/30/08 | TONI ANDERS | L430 | A103 | DRAFT REPLY IN SUPPORT OF MOTION FOR JUDGMENT IN INTERPLEADER, REVISED ORDER, AND SUPPLEMENTAL DECLARATION; | 2.50 | 562.50 | B | 8348989 |
| 01/05/09 | TONI ANDERS | L430 | A104 | REVIEW COMMENTS FROM KELLY FORTIER REGARDING MOTION TO INTERPLEAD FUNDS; | 0.10 | 22.50 | B | 8351795 |
| 01/05/09 | TONI ANDERS | L430 | A106 | READ AND RESPOND TO EMAIL MESSAGE FROM KELLY FORTIER REGARDING MOTION TO INTERPLEAD FUNDS AND WITH STATUS OF FEE REQUEST; | 0.10 | 22.50 | B | 8351796 |
| 01/20/09 | TONI ANDERS | L210 | A104 | RECEIVE AND REVIEW COURT'S ORDER SETTING | 0.10 | 22.50 | B | 8363445 |

36

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 6 (6)

DEADLINES;

| Date | Timekeeper | Task | Activity | Description | Hours | Amount | Stat | Index |
|---|---|---|---|---|---|---|---|---|
| 01/20/09 | TONI ANDERS | L120 | A106 | EMAIL MESSAGE TO KELLY FORTIER REGARDING COURT'S ORDER SETTING DEADLINES AND REGARDING STATUS OF MOTION TO INTERPLEAD FUNDS; | 0.10 | 22.50 | B | 8363446 |
| 01/21/09 | TONI ANDERS | L120 | A106 | READ AND RESPOND TO KELLY FORTIER REGARDING COURT'S SCHEDULING ORDER AND MOTION TO INTERPLEAD FUNDS; | 0.10 | 22.50 | B | 8363449 |
| 01/21/09 | TONI ANDERS | L110 | A107 | RETURN CALL TO CARRIE IVY FOR DARRIN BOWMAN TO DISCUSS STATUS OF INTERPLEADER ACTION; | 0.10 | 22.50 | B | 8363462 |
| 01/22/09 | TONI ANDERS | L110 | A107 | SPEAK WITH ATTORNEY CARRIE IVY ON BEHALF OF DARRIN BOWMAN REGARDING BACKGROUND AND MOTION FOR INTERPLEADER; | 0.20 | 45.00 | B | 8364239 |
| 02/09/09 | TONI ANDERS | L430 | A106 | STATUS REPORT TO KELLY FOURIER; | 0.10 | 22.50 | B | 8383983 |
| 02/20/09 | TONI ANDERS | L310 | A104 | RECEIVE AND REVIEW DEFENDANT LEWIS'S INITIAL DISCLOSURES; | 0.20 | 45.00 | B | 8396844 |
| 02/24/09 | TONI ANDERS | L430 | A104 | RECEIVE AND READ THE COURT'S MEMORANDUM ORDER GRANTING MOTION TO INTERPLEAD FUNDS; | 0.10 | 22.50 | B | 8398307 |
| 02/24/09 | TONI ANDERS | L430 | A106 | EMAIL MESSAGE TO CLIENT REGARDING ORDER GRANTING MOTION TO INTERPLEAD FUNDS AND ADVISING CLIENT REGARDING DEPOSITING FUNDS; | 0.10 | 22.50 | B | 8398308 |
| 02/24/09 | TONI ANDERS | L430 | A104 | REVIEW CORRESPONDENCE AND PLEADINGS TO IDENTIFY DOCUMENTS TO SUPPORT FEE PETITION; | 0.30 | 67.50 | B | 8398309 |
| 02/24/09 | TONI ANDERS | L430 | A103 | REVISE FEE PETITION AND ORDER TO INCLUDE UPDATED INFORMATION AND TO SPECIFICALLY IDENTIFY SUPPORTING DOCUMENTATION; | 0.20 | 45.00 | B | 8398310 |

```
                          FEES SUBTOTAL                    $5,049.00
                                                           ----------
                                                           $5,049.00
```

*------COST ENTRIES------*

| DATE | CODE | DESCRIPTION | AMOUNT | STAT | TKPER | VOUCHER | INDEX | BILL DATE |
|---|---|---|---|---|---|---|---|---|
| 08/08/08 | 01 | DOCUMENT PRODUCTION | 13.90 | B | 0263 | | 5719641 | |
| 10/15/08 | 01 | DOCUMENT PRODUCTION | 0.20 | B | 0263 | | 5752164 | |
| 10/15/08 | 01 | DOCUMENT PRODUCTION | 0.80 | B | 0263 | | 5752165 | |
| 10/15/08 | 01 | DOCUMENT PRODUCTION | 1.20 | B | 0263 | | 5752166 | |
| 11/26/08 | 01 | DOCUMENT PRODUCTION | 4.70 | B | 0263 | | 5771753 | |

37

```
DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 7 (7)

12/05/08 01   DOCUMENT PRODUCTION                                        1.80    B   0263           5774068
12/09/08 01   DOCUMENT PRODUCTION                                        1.40    B   0263           5775210
12/17/08 01   DOCUMENT PRODUCTION                                        0.70    B   0263           5779564
12/17/08 01   DOCUMENT PRODUCTION                                        2.00    B   0263           5779565
12/29/08 01   DOCUMENT PRODUCTION                                        0.80    B   0263           5781896
12/29/08 01   DOCUMENT PRODUCTION                                        2.80    B   0263           5781897
01/02/09 01   DOCUMENT PRODUCTION                                        0.90    B   0263           5784388
01/02/09 01   DOCUMENT PRODUCTION                                        1.00    B   0263           5784389
02/24/09 01   DOCUMENT PRODUCTION                                        1.60 *  B   0263           5806039
02/24/09 01   DOCUMENT PRODUCTION                                        0.10 *  B   0263           5806040
TOTAL:   01                                                             33.90

11/26/08 02   LONG DISTANCE CHARGES PHONE NUMBER 1 (509)                 0.72    B   0263           5771752
              543-5865
              LONG DISTANCE CHARGES
TOTAL:   02                                                              0.72

11/26/08 42   OUTSIDE MESSENGER SERVICE - PAID TO- ABC LEGAL             7.00    B   0263   629461  5786220
              MESSENGERS INC - DELIVER PLAINTIFF'S INITIAL
              DISCLOSURES TO SHORT CRESSMAN AND BURGESS
              OUTSIDE MESSENGER SERVICE
TOTAL:   42                                                              7.00

08/29/08 52   FILING FEE - PAID TO- BANK OF THE WEST - COURTS          350.00    B   1397   621960  5739937
              USDC- CIVIL FILING FEE
              FILING FEE
TOTAL:   52                                                            350.00

10/31/08 68   COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW                  0.00    BNP 0263           5765028
01/02/09 68   COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW                  0.00    BNP 0263           5787614
TOTAL:   68   COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW                  0.00

10/28/08 69   SERVICE FEE - PAID TO- ABC LEGAL MESSENGERS INC          220.00    B   0263   627707  5776789
              - FOUR BAD ADDRESS ATTEMPTS AT SERVICE AND
              SUBSEQUENT WASHINGTON SERVICE FORWARD RE DARRIN
              LEE BOWMAN IN CONNELL WA 99326
              SERVICE FEE
TOTAL:   69                                                            220.00

COST TOTAL                                                             611.62


              BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . .      181.90
              LESS PAYMENT(S) . . . . . . . . . . . . . . . . . . .        0.00
                                                                       --------
              BALANCE FORWARD . . . . . . . . . . . . . . . . . . .      181.90

              TIMECARD SUB-TOTAL ( 22.30) . . . . . .     5049.00
              DISBURSEMENT SUB-TOTAL . . . . . . . . .     611.62
              SUBTOTAL CURRENT PERIOD . . . . . . . . .    5660.62
              TOTAL DUE . . . . . . . . . . . . . . .                   5842.52

--------------------------LEDGER SUMMARY---------------------------------*
```

DATE: 02/25/09 09:41:38 RECAP PRO FORMA FOR WORK DATES 010100 TO 022509 FOR FILE (00149-00418) HARTFORD/BOWMAN/LEWIS Page 8 (8)

| Ledger Code | Ledger Description | Debit | Credit | Credit Applied To | |
|---|---|---|---|---|---|
| PAY | PAYMENT | | 5252.02 | 4644.00 | FEES |
| | | | | 577.00 | HCOST |
| | | | | 31.02 | SCOST |
| FEES | FEES | 4824.00 | | | |
| HCOST | HARD COSTS | 577.00 | | | |
| SCOST | SOFT COSTS | 32.92 | | | |
| TOTAL | | 5433.92 | 5252.02 | | |

AGED ACCOUNTS RECEIVABLE:     181.90  (-30)     0.00  (31-60)     0.00  (61-90)     0.00  (91-120)     0.00  (+)

LEDGER SUMMARY:     ALL OPEN INVOICES AND INVOICES SINCE 08/01/2008

| INVOICE | DATE | FEES | COSTS | OTHER | PAYMENT | DATE | FEES | COSTS | OTHER | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 577582 | 02/25/09 | 180.00 | 1.90 | .00 | | | .00 | .00 | .00 | 181.90 |

39